# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL CASE NO. 3:08cr124

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| MARVIN BARNETTE. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court after receiving in chambers a letter from the Defendant, a copy of which is attached to this Order.

Since the Defendant has chosen to attempt to correspond with the Court by mailing a letter to chambers, and such letter does not reflect notice thereof to the Government or to the Defendant's counsel, the Clerk will be directed to return the letter to the Defendant. The Defendant is not to have direct contact with the Judge's Chambers.

Additionally, the Court instructs the Defendant that he may not communicate with the Court by *pro se* filings. He is represented by counsel and may address the Court only through counsel.

**IT IS, THEREFORE, ORDERED** that the Clerk shall return to the Defendant the original of his letter, a copy of which is attached hereto, and send it along with a copy of this Order.

**IT IS FURTHER ORDERED** that the Defendant shall not attempt to correspond with the Court through Judge's Chambers.

**IT IS FURTHER ORDERED** that the Defendant shall communicate with the Court only through counsel.

**IT IS SO ORDERED.**

Signed: October 29, 2009

Martin Reidinger
United States District Judge