# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:08-cr-00124-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MARVIN BARNETTE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Order granting in part Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. [Doc. 53].

**IT IS, THEREFORE, ORDERED** that the Bureau of Prisons and the United States Marshals Service are hereby **ORDERED** to transport and produce the body of Marvin Barnette (USM #23165-058) for resentencing on August 6, 2014 at 9:00 a.m. before the undersigned in the United States District Court for the Western District of North Carolina, Charlotte Courthouse, 401 West Trade Street, Charlotte, North Carolina, no later than August 1, 2014. Upon completion of the re-sentencing hearing, the Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk of Court is directed to provide copies of this Order to the Petitioner, the United States Attorney's Office, the Federal Defenders of Western North Carolina, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**   Signed: July 2, 2014

Martin Reidinger
United States District Judge